**JS - 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELLIS COMMUNICATIONS KDOC, LLC, a Delaware limited liability company and ELLIS COMMUNICATIONS KDOC LICENSEE, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> BOHEMIA VISUAL MUSIC, LLC., an Arizona limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. CV 08-5365-RSWL (PJWx) <br><br> **ORDER RE DISMISSAL OF ACTION PURSUANT TO FRCP RULE 41(a)(1) STIPULATION** <br><br> COURTROOM: 21 <br><br> JUDGE:   Hon. Ronald S.W. Lew |

**ORDER**

Good cause appearing hereon, IT IS HEREBY ORDERED THAT:

1. The above-captioned action is hereby dismissed with prejudice in accordance with the Federal Rules of Civil Procedure, Rule 41(a) stipulation (the "Stipulation") by and between Plaintiffs Ellis Communications KDOC, LLC and Ellis Communications KDOC Licensee, LLC and Defendant Bohemia Visual Music, LLC (collectively, the "Parties") and filed with this Court on January 16, 2009.

2. In accordance with the terms of the Stipulation, the Parties shall bear their own costs and fees and release all claims arising out of the filing of this lawsuit.

DATED: January 23, 2009

**RONALD S.W. LEW**
_____
Hon. Ronald S.W. Lew,
Senior United States District Court Judge